```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                    Date: July 13, 2017

Court Reporter FRANK GABLE

TITLE OF CASE:                             CIVIL 14-7809(PGS)
JENKINSON'S PAVILLION, et al
    vs.
UNITED STATES ARMY CORPS OF
ENGINEERS, NEW JERSEY, et al

APPEARANCES:
John H. Buonocore, Jr. Esq for Plaintiff

John Andrew Ruymann, AUSA for Defendant United States of Army Corps of Engineers, New Jersey

David C. Apy, DAG for Defendant Department of Environmental Protection

NATURE OF PROCEEDINGS:

Telephone conference held.

Telephone conference set for September 21, 2017 at 11:00 am.; John Ruymann is in charge of the logistics.

```
TIME COMMENCED:  11:00 AM            s/Dolores J. Hicks
TIME ADJOURNED:  11:15 AM               Deputy Clerk
TOTAL TIME:         0:15
```